IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Ohio & Vicinity Carpenters Fringe Benefit Funds, Inc., | : | Case No. 1:21-cv-566 |
| Plaintiff, | : : : | Judge Susan J. Dlott<br>Magistrate Judge Stephanie K. Bowman |
| v. | : : | **Order Adopting Report and** |
| Craft Masters Remodeling & Home Improvement LLC, | : : : | **Recommendation** |
| Defendant. | | |

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 8, 2022. (Doc. 11.) The Magistrate Judge recommended that Plaintiff's Motion for Default Judgment (Doc. 8) be granted, and that a default judgment be entered in favor of Plaintiff against Defendant for a total of $28,746.75.

No objections to the Report and Recommendation have been filed and the time to do so has expired. Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation, and Plaintiff's Motion for Default Judgment is **GRANTED**.

**IT IS SO ORDERED.**

_____
Judge Susan J. Dlott
United States District Court